```
JEAN MURRELL ADAMS, Bar No. CA 138458
LAURETTE M. GARCIA, Bar No. CA 242107
ADAMS ESQ, a Professional Corp.
449 Fifteenth Street, Suite 101
Oakland, California 94612
Telephone: (510) 832-6000
Facsimile: (510) 832-3099

Attorneys for Plaintiff,
KEISHA HAWKINS
```

E-filing

ORIGINAL FILED AUG 16 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HAWKINS,<br><br>          Plaintiff,<br><br>v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20<br><br>          Defendants. | Case No.: Not yet assigned<br><br>C07-04206 EMC<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

TO THE CLERK OF COURT AND TO ALL PARTIES IN INTEREST:

Pursuant to Civil Local Rule 3-16, the undersigned, counsel for the Plaintiff, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

D.S., a minor, is the son of Plaintiff and the Student identified in this case. D.S. has a non-financial interest in the subject matter of this case and will be substantially affected by the outcome of this proceeding.

Counsel is unaware of any entities or parties in interest related to Defendant.

CERTIFICATE                                    -1-

```
 1   Dated: August 16, 2007              Respectfully submitted,
 2                                       ADAMS ESQ
 3
 4                                       _____
                                         JEAN MURRELL ADAMS
 5                                       Attorneys for Plaintiff,
                                         Keisha Hawkins
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

ADAMS ESQ
A Professional Corporation
489 Fifteenth Street
Suite 410
Oakland, CA 94612
510.832.6000

CERTIFICATE                                    -2-