1  JEAN MURRELL ADAMS, Bar No. CA 138458
   LAURETTE M. GARCIA, Bar No. CA 242107
2  ADAMS ESQ, a Professional Corp.
   449 Fifteenth Street, Suite 101
3  Oakland, California 94612
   Telephone: (510) 832-6000
4  Facsimile:  (510) 832-3099

5  Attorneys for Plaintiff,
   KEISHA HAWKINS
6

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

9  KEISHA HAWKINS,                    Case No.: C07-CV-4206-EMC
10          Plaintiff,
11  v.                                PROOF OF SERVICE –
                                      ACKNOWLEDGEMENT OF SERVICE
12  BERKELEY UNIFIED SCHOOL DISTRICT,
    and DOES 1-20
13
14          Defendants.

15      I, the undersigned, certify that I am 18 years of age or over employed in the County of
16  Alameda, State of California, and not a party to the above-entitled case.

17  On September 05, 2007, I served a copy of the following entitled document(s):

18  SUMMONS; CIVIL COVER SHEET and COMPLAINT IN SUPPORT OF APPEAL OF
    DECISION OF OFFICE OF ADMINISTRATIVE HEARING; PLAINTIFF'S
19  CERTIFICATE OF INTERESTED ENTITIES OR PERSONS;NOTICE OF
    ASSIGNMENT OF CASE TO MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING
20  INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING
    ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO
21  MAGISTRATE JUDGE EDWARD M. CHEN; ECF REGISTRATION HANDOUT;
    CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE; DECLINATION TO
22  PROCEED BEFORE A MAGISTRATE JUDGE; STANDING ORDER FOR ALL JUDGES
    OF THE NORTHERN DISTRICT OF CALIFORNIA
23
    on the following interested party(s) in said case:
24

25  **Authorized Agent, Berkeley Unified School District**

26  **Debra Turner**
    Authorized Agent for Berkeley Unified School District
27  2134 Martin Luther King Way.
    Berkeley, CA 94704
28

ADAMS ESQ
A Professional Corporation
449 Fifteenth Street
Suite 101
Oakland, CA 94612
510.832.6000

PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE    -1-

[ ] **VIA PERSONAL SERVICE)** I caused to be delivered by hand the attacked documents to the persons named above.

I certify and declare under penalty of perjury that the foregoing is true and correct.

_____
Juan Rubio

---

## ACKNOWLEDGEMNT OF SERVICE

I, Deborah Turner, received a true copy of the following document on 9-5-07

SUMMONS; CIVIL COVER SHEET and COMPLAINT IN SUPPORT OF APPEAL OF DECISION OF OFFICE OF ADMINISTRATIVE HEARING; PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS;NOTICE OF ASSIGNMENT OF CASE TO MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; ECF REGISTRATION HANDOUT; CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

_____          _____
Signature                                 Deborah Turner
                                          Party Served

PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE    -2-

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/5/07 |
| Name of SERVER Juan E. Rubio | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Berkeley Unified School District

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/05/07
            Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.