1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  PETER STURGES, State Bar No. 148124
   DIANE B. ROLEN, State Bar No. 153566
3  5776 Stoneridge Mall Road, Suite 200
   Pleasanton, California 94588
4  Telephone: (925) 227-9200
   Facsimile: (925) 227-9202
5
   Attorneys for Defendant BERKELEY UNIFIED
6  SCHOOL DISTRICT

7

8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | KEISHA HAWKINS, | CASE NO.: C07-CV-04206-EMC |
|---|---|---|
| 13 | Plaintiff, | **COUNTER-CLAIMANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| 14 | vs. | |
| 15 | BERKELEY UNIFIED SCHOOL DISTRICT, et al, | JUDGE: Edward M. Chen<br>DATE: November 21, 2007<br>TIME: 1:30 P.M.<br>DEPT: Courtroom C, 15th Floor |
| 16 | | |
| 17 | Defendant. | |

18  BERKELEY UNIFIED SCHOOL DISTRICT, et al,

19  Counter-Claimant,

20  vs.

21  ADAMS ESQ, A PROFESSIONAL
    CORPORATION, JEAN MURRELL
22  ADAMS, and DOES 1-20

23  Counter-Defendant.

24

25

26          TO THE CLERK OF COURT AND TO ALL PARTIES IN INTEREST:

27

28

005251.00176/128055v1

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  September 17, 2007

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
PETER W. STURGES
Attorneys for Defendan/Counterclaimantt
BERKELEY UNIFIED SCHOOL DISTRICT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CALIFORNIA 94588
TELEPHONE: (925) 227-9200
FACSIMILE: (925) 227-9202

005251.00176/128055v1

**PROOF OF SERVICE**
(Code Civ. Proc. § 1013a(3))

*Keisha Hawkins v. Berkeley Unified School District* CASE NO.:    CO7-CV-04206-E

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5776 Stoneridge Mall Road, Suite 200, Pleasanton, California 94588.

On September 17, 2007, I served the following document(s) described as Counter-Claimant's Certificate of Interested Entities or Persons on the interested parties in this action as follows:

Laurette Garcia
449 Fifteenth Street, Suite 410
Oakland, California 94612
Tel: (510) 832-6000
Fax: (510) 832-3099

by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

☐ **BY MAIL:** I deposited such envelope in the mail at Pleasanton, California. The envelope(s) was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FAX:** I sent such document by use of facsimile machine to the fax numbers listed above. Facsimile cover sheet and confirmation is attached hereto indicating the recipients' facsimile number and time of transmission pursuant to California Rules of Court Rule 2008(e). The facsimile machine I used complied with California Rules of Court Rule 2003(3) and no error was reported by the machine.

☒ **BY OVERNIGHT COURIER:** I sent such document(s) on by OVERNITE EXPRESS with postage thereon fully prepaid at Pleasanton, California.

☐ **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2007, at Pleasanton, California.

*/s/ Veronica Bohannon*
VERONICA BOHANNON