JEAN MURRELL ADAMS, Bar No. CA 138458
LAURETTE M. GARCIA, Bar No. CA 242107
ADAMS ESQ, a Professional Corp.
449 Fifteenth Street, Suite 101
Oakland, California 94612
Telephone: (510) 832-6000
Facsimile: (510) 832-3099

Attorneys for Plaintiff,
KEISHA HAWKINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20 <br><br> Defendants. | Case No.: C07-CV-4206-EMC <br><br> **PROOF OF SERVICE – ACKNOWLEDGEMENT OF SERVICE** |

I, the undersigned, certify that I am 18 years of age or over employed in the County of Alameda, State of California, and not a party to the above-entitled case.

On August 28, 2007, I served a copy of the following entitled document(s):

**SUMMONS; CIVIL COVER SHEET and COMPLAINT IN SUPPORT OF APPEAL OF DECISION OF OFFICE OF ADMINISTRATIVE HEARING; PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; NOTICE OF ASSIGNMENT OF CASE TO MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDERS; ECF REGISTRATION HANDOUT**

on the following interested party(s) in said case:

Attorney for Defendant, Berkeley Unified School District

Peter W. Sturges, Esq.,
Atkinson, Andelson, Loya, Ruud and Romo
Counsel for Berkeley Unified School District
5776 Stoneridge Mall Road, Suite 200

[ ] **VIA OVERNIGHT DELIVERY (FEDERAL EXPRESS)** I caused the attached document(s) to be delivered via overnight delivery by depositing copies with the Federal Express service located at 1221

PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE -1-

Broadway, Ste 49, Oakland, California. The envelope was marked for overnight delivery, with the delivery charged to the sender's account.

I certify and declare under penalty of perjury that the foregoing is true and correct.

                                                                        _/s/ Juan Rubio_   8/29/07

---

## ACKNOWLEDGEMNT OF SERVICE

I, **PETER STURGES**, received a ~~true~~ copy of the within document on _or about 8/28/2007_

                   PWS

_[signature]_

Signature                                                             Party Served

**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CA 94588
(925) 227-9200
FAX: (925) 227-9202

## FACSIMILE TRANSMITTAL COVER SHEET

OUR FILE NUMBER
005251-00178.
V

September 12, 2007

| **TO:** | **COMPANY** | **FAX#:** | **PHONE** |
|---|---|---|---|
| Laurette M. Garcia, Esq. | Adams Esq. | 510-832-3099 | 510-832-6000 |

FROM:    Peter W. Sturges

RE:      **Hawkins (Stamps) v. Berkeley Unified SchoolDistrict**

MESSAGE: Attached please find executed Acknowledgement of Service on behalf of Berkeley Unified School District.

ORIGINAL WILL FOLLOW BY MAIL:    -No-

NUMBER OF PAGES (including this sheet):  3

If you do not receive the correct number of pages,
please contact Veronica G. Bohannon at (925) 227-9200.

This facsimile message is intended only for the individual or entity named above and may contain privileged and confidential information. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify this office immediately by telephone and return the original transmittal to us at the above address via the U.S. Postal Service. Thank you.