1  JEAN MURRELL ADAMS, Bar No. CA 138458
   LAURETTE M. GARCIA, Bar No. CA 242107
2  ADAMS ESQ, a Professional Corp.
   449 Fifteenth Street, Suite 101
3  Oakland, California 94612
   Telephone:  (510) 832-6000
4  Facsimile:  (510) 832-3099

5  Attorneys for Plaintiff,
   KEISHA HAWKINS
6

7                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
8

9  KEISHA HAWKINS,                    Case No.: C07-CV-4206-EMC

10              Plaintiff,

11 v.                                 PROOF OF SERVICE

12 BERKELEY UNIFIED SCHOOL DISTRICT,
   and DOES 1-20
13
                Defendants.
14

15      I, the undersigned, certify that I am over the age of 18 years, employed in the County of
   Alameda, State of California, and not a party to the above-entitled action.  That on September 20,
16 2007, I served a copy of the following entitled document(s):

17 **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

18 on the following interested party(s) in said case:

19 **Attorney for Defendant, Berkeley Unified School District**

20 **Peter W. Sturges, Esq.,**
   Atkinson, Andelson, Loya, Ruud & Romo
21 Counsel for Berkeley Unified School District
   5776 Stoneridge Mall Road, Suite 200
22 Pleasanton, California 94588

23 ///
24 ///
25 ///
26 ///
27
28

PROOF OF SERVICE re: CONSENT TO MAJISTRATE     -1-

1  [X]  **VIA FACSIMILE**  I caused such document to be transmitted via facsimile to the addressee(s), Peter Sturges at Atkinson, Andelson, Loya, Ruud & Romo fax number **(925) 227-9202** from the facsimile machine of ADAMS ESQ whose fax number is **(510) 832-6000** to. The transmission by facsimile was reported as complete and without error.

4  I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 20, 2007, at Oakland, California.

*Victoria R. Adams*

ADAMS ESQ

PROOF OF SERVICE re: CONSENT TO MAJISTRATE        -2-