JEAN MURRELL ADAMS, Bar No. CA 138458
LAURETTE M. GARCIA, Bar No. CA 242107
ADAMS ESQ, a Professional Corp.
449 Fifteenth Street, Suite 101
Oakland, California 94612
Telephone: (510) 832-6000
Facsimile: (510) 832-3099

Attorneys for Plaintiff,
KEISHA HAWKINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HAWKINS, | Case No.: C07-04206-EMC |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20 | |
| Defendants. | |

I, the undersigned, certify that I am over 18 years of age, employed in the County of Alameda, State of California, and am not a party to the above-entitled cause.

On October 31, 2007, I served a copy of the following entitled document(s):

**ADR Certification by Parties and Counsel**

on the following interested party(s) in said cause:

**Peter Sturges, Esq.**
**Attorney for Berkeley Unified School District**
Atkinson, Andelson, Loya, Ruud and Romo
Counsel for Berkeley Unified School District
5776 Stoneridge Mall Road, Suite 200

[ X ]   **VIA FACSIMILE:** I caused such document to be transmitted via facsimile to the addressee(s) from the facsimile machine of ADAMS ESQ whose fax number is (510) 832-6000. The transmission by facsimile was reported as complete and without error.

I certify and declare under penalty of perjury that the foregoing is true and correct.

_____
Victoria R. Adams

A Professional Corporation
449 Fifteenth Street
Suite 101
Oakland, CA 94612
510.832.6000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEISHA HAWKINS,

    Plaintiff(s),

V.

BERKELEY UNIFIED SCHOOL DISTRICT,

    Defendant(s).

Case No. C07-04206-EMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10-30-07

    *Keisha Hawkins*
    KEISHA HAWKINS, Plaintiff

Dated: 10/30/07

    JEAN MURRELL ADAMS, Counsel for Plaintiff