# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KEISHA HAWKINS,

                        Plaintiff(s),

              v.

BERKELEY UNIFIED SCHOOL
DISTRICT,

                        Defendant(s).

CASE NO. C07-04206-EMC

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓      have not yet reached an agreement to an ADR process
         request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jean Murrell Adams | Plaintiff | (510) 832-6000 | jmurrell@adamsesq.com |
| L.M. Garcia | Plaintiff | (510) 832-6000 | attygarcia@adamsesq.com |
| Peter Sturges | Defendant | (925) 227-9200 | psturges@aalrr.com |
| Diane B. Rolen | Defendant | (925) 227-9200 | drolen@aalrr.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/31/07

Dated: _____

Attorney for Plaintiff

Attorney for Defendant

Rev 1.05