JEAN MURRELL ADAMS, Bar No. CA 138458
LAURETTE M. GARCIA, Bar No. CA 242107
ADAMS ESQ, a Professional Corp.
449 Fifteenth Street, Suite 101
Oakland, California 94612
Telephone: (510) 832-6000
Facsimile: (510) 832-3099

Attorneys for Plaintiff,
KEISHA HAWKINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HAWKINS,<br><br>          Plaintiff,<br><br>v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20<br><br>          Defendants. | Case No.: C07-04206-EMC<br><br>**PROOF OF SERVICE** |

I, the undersigned, certify that I am over 18 years of age, employed in the County of Alameda, State of California, and am not a party to the above-entitled cause.

On October 31, 2007, I served a copy of the following entitled document(s):

**Notice of Need for ADR Phone Conference**

on the following interested party(s) in said cause:

**Peter Sturges, Esq.**
**Attorney for Berkeley Unified School District**
Atkinson, Andelson, Loya, Ruud and Romo
Counsel for Berkeley Unified School District
5776 Stoneridge Mall Road, Suite 200

[ X ]  **VIA FACSIMILE:** I caused such document to be transmitted via facsimile to the addressee(s) from the facsimile machine of ADAMS ESQ whose fax number is (510) 832-6000. The transmission by facsimile was reported as complete and without error.

I certify and declare under penalty of perjury that the foregoing is true and correct.

_____
Victoria R. Adams

ADAMS ESQ
A Professional Corporation
449 Fifteenth Street
Suite 101
Oakland, CA 94612
510.832.6000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEISHA HAWKINS,

               Plaintiff(s),

       v.

BERKELEY UNIFIED SCHOOL DISTRICT,

               Defendant(s).

CASE NO. C07-04206-EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jean Murrell Adams | Plaintiff | (510) 832-6000 | jmurrell@adamsesq.com |
| L.M. Garcia | Plaintiff | (510) 832-6000 | attygarcia@adamsesq.com |
| Peter Sturges | Defendant | (925) 227-9200 | psturges@aalrr.com |
| Diane B. Rolen | Defendant | (925) 227-9200 | drolen@aalrr.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/31/07

                                                          Attorney for Plaintiff

Dated:

                                                          Attorney for Defendant

Rev 1.05