JEAN MURRELL ADAMS, Bar No. CA 138458
LAURETTE M. GARCIA, Bar No. CA 242107
**ADAMS ESQ, a Professional Corporation**
449 Fifteenth Street, Suite 101
Oakland, California 94612
Telephone: (510) 832-6000
Facsimile: (510) 832-3099

Attorneys for Counter-Defendants
ADAMS ESQ, Jean Murrell Adams

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY UNIFIED SCHOOL DISTRICT,<br><br>Counter-Claimant,<br><br>V.<br><br>ADAMS ESQ, A PROFESSIONAL CORPORATION, JEAN MURRRELL ADAMS, and DOES 1-20,<br><br>Counter-Defendant(s). | Case No. C07-04206-EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAJISTRATE JUDGE

In accordance with the provision of Title 28, U.S.C., Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:   11/15/07

_____
JEAN MURRELL ADAMS
Counsel for ADAMS ESQ. and Jean Murrell Adams

ADAMS ESQ
A Professional Corporation