

1   ATKINSON, ANDELSON, LOYA, RUUD & ROMO
    A Professional Corporation
2   PETER STURGES, State Bar No. 148124
    DIANE B. ROLEN, State Bar No. 153566
3   5776 Stoneridge Mall Road, Suite 200
    Pleasanton, California 94588
4   Telephone: (925) 227-9200
    Facsimile: (925) 227-9202
5
    Attorneys for Defendant BERKELEY UNIFIED
6   SCHOOL DISTRICT
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11
12  KEISHA HAWKINS,                          CASE NO.:        CO7-CV-04206-EMC

13                    Plaintiff,             **CONSENT TO PROCEED BEFORE A
                                             UNITED STATES MAGISTRATE
14  vs.                                      JUDGE**

15  BERKELEY UNIFIED SCHOOL DISTRICT,        JUDGE:     Edward M. Chen
    et al,                                   DATE:      November 21, 2007
16                                           TIME:      1:30 P.M.
                      Defendant.             DEPT:      Courtroom C, 15th Floor
17
    BERKELEY UNIFIED SCHOOL DISTRICT,
18  et al,

19  Counter-Claimant,

20  vs.

21  ADAMS ESQ, A PROFESSIONAL
    CORPORATION, JEAN MURRELL
22  ADAMS, and DOES 1-20

23  Counter-Defendant.

24
25
26          In accordance with the provision of Title 28, U.S.C. Section 636(c), the undersigned party

27  in the above-captioned civil matter hereby voluntarily consents to have a United States

28  Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CALIFORNIA 94588
TELEPHONE: (925) 227-9200
FACSIMILE: (925) 227-9202

1   the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United

2   States Court of Appeals for the Ninth Circuit.

3   DATED:          November 15, 2007

4                                        ATKINSON, ANDELSON, LOYA, RUUD & ROMO

5

6                              By: _____

7                                        PETER STURGES
                                         Attorneys for Defendant/Counterclaimant
8                                        BERKELEY UNIFIED SCHOOL DISTRICT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CALIFORNIA 94588
TELEPHONE: (925) 227-9200
FACSIMILE: (925) 227-9202

005251.00176/133020v1