## CIVIL MINUTES

**Magistrate Judge Edward M. Chen**          FTR 1:35 1:53 (18 min)

Date: **November 21, 2007**

Case No: **C07-4206 EMC**

Case Name: **Keisha Hawkins v. Berkeley Unified School District**
Plaintiff Attorney(s); Jean M. Adams; Laurette M. Garcia
Defendant Attorney(s): Diane Rolen
Deputy Clerk: **Wings Hom**

 **Motions**                                                                                  **RULING:**
1.
2.
3.
4.
5.
6.
[ X]Case Management Conference - held [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING: Counsel to meet & confer on choice of MJ for settlement, to be held w/in 90-120 days, and notify Court by 11/27/07.**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 3/12/08 @ 2:30 p.m. for status & setting date for cross-mos for summ judgt.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ] Court


Notes: Discovery to be bifurcated: merits/attys' fees, with discovery on attys' fees to be deferred.


cc: Betty, ADR