1  JEAN MURRELL ADAMS, Bar No. CA 138458
   LAURETTE M. GARCIA, Bar No. CA 242107
2  ADAMS ESQ, a Professional Corp.
   449 Fifteenth Street, Suite 101
3  Oakland, California 94612
   Telephone: (510) 832-6000
4  Facsimile:  (510) 832-3099

5  Attorneys for Plaintiff, KEISHA HAWKINS and
   Counter-Defendant, JEAN MURRELL ADAMS &
6  ADAMS ESQ, A PROFESSIONAL CORPORATION

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| KEISHA HAWKINS,<br><br>    Plaintiff,<br><br>v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20<br><br>    Defendants.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20,<br><br>    Counter-Claimant,<br><br>v.<br><br>ADAMS ESQ, A PROFESSIONAL CORPORATION AND JEAN MURRELL ADAMS<br><br>    Counter-Defendants. | Case No.: Case No.: C07-CV-04206-EMC<br><br>**DECLARATION OF JEAN MURRELL ADAMS IN SUPPORT OF COUNTER-DEFENDANT'S MOTION TO DISMISS COUNTER-COMPLAINT WITH PREJUDICE, OR FOR A MORE DEFINITE STATEMENT**<br><br>DATE:     January 16, 2008<br>TIME:     10:30 AM<br>LOCATION: Courtroom C, 15th Fl.<br>JUDGE:    Hon. Edward M. Chen<br><br>Complaint Filed:          8/16/07<br>Counter-Complaint Filed: 9/17/07 |

///
///
///

# DECLARATION OF JEAN MURRELL ADAMS

I, Jean Murrell Adams, declare:

1. I am the managing attorney of the law firm of ADAMS ESQ, a Professional Corporation and an attorney licensed to practice law in the State of California. I am lead counsel of record for Plaintiff Keisha Hawkins and Counter-Defendants ADAMS ESQ and Jean Murrell Adams in the above matter and have personal knowledge of the matters stated within this declaration. If called upon as a witness, I could and would testify competently as to those matters.

2. A hearing was held on April 2-5 & 10 2007 with respect to the Initial Complaint brought by Keisha Hawkins on behalf of her son, D.L.. On the third day of hearing, the District conceded with respect to portions of that Initial Complaint. On May 18, 2007, OAH Administrative Law Judge Thawley issued a decision in which D.S. prevailed with respect to portions of Claims 1 and 3 of the Initial Complaint. Attached hereto as Exhibit "A" is a true and correct copy of this Decision.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 21st day of November in Oakland, California.

_____
JEAN MURRELL ADAMS