UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HAWKINS, | No. C07-4206 EMC |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE** |
| BERKELEY UNIFIED SCHOOL DISTRICT, et al., | |
|     Defendants. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, et al., | |
|     Counter-Claimant, | |
|     v. | |
| ADAMS ESQ., et al., | |
|     Counter-Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **COUNTER-DEFENDANT JEAN MURRELL ADAMS & ADAMS ESQ.'S MOTION TO DISMISS COUNTER-COMPLAINT** set for January 16, 2008 at 10:30 a.m. **is reset for January 23, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San

///

1  Francisco, California 94102.  Opposition shall be filed by January 2, 2008.  Reply shall be filed by
2  January 9, 2008.

4  Dated: November 26, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy