ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
PETER STURGES, State Bar No. 148124
DIANE B. ROLEN, State Bar No. 153566
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendant BERKELEY UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HAWKINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, et al,<br><br>　　　　　Defendant.<br><hr>BERKELEY UNIFIED SCHOOL DISTRICT, et al,<br><br>Counter-Claimant,<br><br>vs.<br><br>ADAMS ESQ, A PROFESSIONAL CORPORATION, JEAN MURRELL ADAMS, and DOES 1-20<br><br>Counter-Defendant. | CASE NO.:　　　　CO7-CV-04206-EMC<br><br>**JOINT NOTICE OF SELECTION OF MAGISTRATE JUDGES FOR SETTLEMENT HEARING**<br><br>JUDGE:　　Edward M. Chen<br>DATE:<br>TIME:<br>DEPT:　　Courtroom C, 15th Floor |

　　　　BERKELEY UNIFIED SCHOOL DISTRICT and ADAMS ESQ., A PROFESSIONAL CORPORATION, et al by and through their undersigned attorneys and in accordance with the Court's ruling of November 21, 2007, hereby submit this their Joint Notice

005251.00176/133628v1

JOINT NOTICE OF SELECTION OF MAGISTRATE JUDGES

of Selection of Magistrate Judges for settlement hearing to be held within 90-120 days as follows:

        First choice:      Chief Magistrate Judge James Larson

        Second choice:   Magistrate Judge Wayne D. Brazil

        Third choice:     Magistrate Judge Bernard Zimmerman

DATED: November 27, 2007

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
PETER W. STURGES
Attorneys for Defendant/Counterclaimant
BERKELEY UNIFIED SCHOOL DISTRICT

ADAMS ESQ.

BY: _____
JEAN MURRELL ADAMS
LAURETTE M. GARCIA
Attorneys for Plaintiff

-2-

JOINT NOTICE OF SELECTION OF MAGISTRATE JUDGES