**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                     **E-FILING**

**Date**: November 29, 2007

**Case No. & Name:** C07-4206 EMC Hawkins v. Berkeley Unified School District

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**                          **ORDERED AFTER HEARING:**

- Order referring case for settlement        - This case is referred to Magistrate Judge
conference before Magistrate Judge James     James Larson for settlement conference to
Larson                                       be completed within 90 to 120 days.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:**    3/12/08 at 2:30 p.m. for status conference and setting date for cross-
motions for summary judgment.

cc: EMC/Wings