```
 1  JEAN MURRELL ADAMS, Bar No. CA 138458
    LAURETTE M. GARCIA, Bar No. CA 242107
 2  ADAMS ESQ, a Professional Corp.
    449 Fifteenth Street, Suite 101
 3  Oakland, California 94612
    Telephone:  (510) 832-6000
 4  Facsimile:   (510) 832-3099

 5  Attorneys for Plaintiff, KEISHA HAWKINS and
    Counter-Defendant, JEAN MURRELL ADAMS &
 6  ADAMS ESQ, A PROFESSIONAL CORPORATION

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| KEISHA HAWKINS,<br><br>    Plaintiff,<br><br>v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT,<br>and DOES 1-20<br><br>    Defendants.<br>_____<br><br>BERKELEY UNIFIED SCHOOL DISTRICT,<br>and DOES 1-20,<br><br>    Counter-Claimant,<br><br>v.<br><br>ADAMS ESQ, A PROFESSIONAL<br>CORPORATION AND JEAN MURRELL<br>ADAMS<br><br>    Counter-Defendants. | Case No.: Case No.: C07-CV-04206-EMC<br><br>**STIPULATION FOR CONTINUANCE OF HEARING; AND ORDER CONTINUING HEARING**<br><br>CURRENTLY SET HEARING DATE:<br>                          1/23/08<br>TIME:              10:30 AM<br>LOCATION:    Courtroom C, 15th Fl.<br>JUDGE:          Hon. Edward M. Chen<br><br>Complaint Filed:          8/ 16/07<br>Counter-Complaint Filed: 9/17/07 |

```
25
26  ///
27  ///
28  ///
```

Plaintiff Hawkins, Counter-Defendants ADAMS ESQ, A Professional Corporation and Jean Murrell Adams and Defendant and Counter-Complainant Berkeley Unified School District (collectively known as "Parties") hereby stipulate to continue the hearing currently scheduled for January 23, 2008 to the Court's next available hearing date on February 13, 2008.

Dated: January 7, 2008

_____
JEAN MURRELL ADAMS
Attorneys for Plaintiff, Keisha Hawkins
and Counter-Defendant, Adams ESQ,
A Professional Corporation and
Jean Murrell Adams

Dated: January 7, 2008

_____
PETER W. STURGES
DIANE B. ROLEN
Attorneys for Berkeley Unified School District

ORDER

Upon the agreement of the Parties, the hearing scheduled for January 23, 2008 shall be continued to February 13, 2008.

Dated: _____

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT