1  JEAN MURRELL ADAMS, Bar No. CA 138458
   LAURETTE M. GARCIA, Bar No. CA 242107
2  ADAMS ESQ, a Professional Corp.
   449 Fifteenth Street, Suite 101
3  Oakland, California 94612
   Telephone: (510) 832-6000
4  Facsimile: (510) 832-3099

5  Attorneys for Plaintiff, KEISHA HAWKINS and
   Counter-Defendant, JEAN MURRELL ADAMS &
6  ADAMS ESQ, A PROFESSIONAL CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  KEISHA HAWKINS, | Case No.: Case No.: C07-CV-04206-EMC |
| 12            Plaintiff, | **STIPULATION FOR CONTINUANCE OF HEARING; AND ORDER CONTINUING HEARING** |
| 13  v. | |
| 14  BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20 | CURRENTLY SET HEARING DATE: 1/23/08 |
| 15            Defendants. | TIME: 10:30 AM |
| 16  | LOCATION: Courtroom C, 15th Fl. |
| 17  | JUDGE: Hon. Edward M. Chen |
| 18  BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20, | Complaint Filed: 8/16/07 |
| 19  | Counter-Complaint Filed: 9/17/07 |
| 20            Counter-Claimant, | |
| 21  v. | |
| 22  ADAMS ESQ, A PROFESSIONAL CORPORATION AND JEAN MURRELL ADAMS | |
| 23  | |
| 24            Counter-Defendants. | |

25  ///
26  ///
27  ///
28  ///

Plaintiff Hawkins; Counter-Defendants ADAMS ESQ, A Professional Corporation and Jean Murrell Adams and Defendant and Counter-Complainant Berkeley Unified School District (collectively known as "Parties") hereby stipulate to continue the hearing currently scheduled for January 23, 2008 to the Court's next available hearing date on February 13, 2008.

Dated: January 7, 2008

JEAN MURRELL ADAMS
Attorneys for Plaintiff, Keisha Hawkins
and Counter-Defendant, Adams ESQ,
A Professional Corporation and
Jean Murrell Adams

Dated: January 7, 2008

PETER W. STURGES
DIANE B. ROLEN
Attorneys for Berkeley Unified School District

ORDER

Upon the agreement of the Parties, the hearing scheduled for January 23, 2008 shall be continued to February 13, 2008. Opposition shall be filed by January 23, 2008. Reply shall be filed by January 30, 2008.

Dated: January 8, 2008

MAGISTRATE JUDGE OF THE DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION CONTINUING HEARING AND PROPOSED ORDER — -2- — BUSD V. ADAMS ESQ & JMA C07-CV-04206-EMC