**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10   KEISHA HAWKINS,                                    No. C07-4206 EMC

11          Plaintiff,

12      v.                                              **CLERK'S NOTICE**

13   BERKELEY UNIFIED SCHOOL DISTRICT,
     et al.,
14
              Defendants.
15   _____

16   BERKELEY UNIFIED SCHOOL DISTRICT,
     et al.,
17
              Counter-Claimant,
18
         v.
19
     ADAMS ESQ., et al.,
20
              Counter-Defendants.
21   _____/

22

23   TO ALL PARTIES AND COUNSEL OF RECORD:

24          YOU ARE NOTIFIED THAT the Status Conference set for March 12, 2008 at 2:30 p.m.  **is**

25   **reset for March 26, 2008  at 2:30 p.m.**  before Magistrate Judge Edward M. Chen in Courtroom C,

26   ///

27   ///

28

15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  An updated Joint Status

Conference Statement shall be filed by March 19, 2008.

Dated: February 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk


by:  _____
Betty Fong
Courtroom Deputy

**United States District Court**
For the Northern District of California