# In the United States District Court
# for the Northern District of California
# Magistrate Judge Edward M. Chen

## CIVIL MINUTES

E-FILING

**Date:** February 13, 2008

**Case No:** C07-4206 EMC                             **FTR Time:**     10:38-11:40a

**Case Name:**  Keisha Hawkins v. Berkeley Unified School District

**Attorneys:**   Jean Murrell Adams for Plaintiff
Diane Rolen for Defendant

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

- COUNTER-DEFENDANT JEAN MURRELL ADAMS & ADAMS ESQ.'S MOTION TO DISMISS COUNTER-COMPLAINT

**ORDERED AFTER HEARING:**

Court took matter under submission and will issue order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC