# In the United States District Court
# for the Northern District of California
# Magistrate Judge Edward M. Chen

## CIVIL MINUTES

**E-FILING**

**Date:** March 26, 2008

**Case No:** C07-4206 EMC             **FTR Time:**    2:36-2:45p

**Case Name:**  Keisha Hawkins v. Berkeley Unified School District

   **Attorneys:**   Laurette Garcia for Plaintiff
                   Peter Sturges for Defendant

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   - STATUS CONFERENCE (Held)

**ORDERED AFTER HEARING:**

Parties have already been referred to conduct settlement conference before Judge Larson. If the case does not settle, parties will set motion(s) for summary judgment deadlines at next status conference.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**   5/28/08 at 2:30 p.m. Status Conference. A joint status conference statement shall be filed by 5/21/08.

cc: EMC