UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keisha Hawkins,<br><br>        Plaintiff,<br><br>    v.<br><br>Berkeley Unified School District,<br><br>        Defendants.<br>_____/ | No. C 07-4206 EMC (JL)<br><br>CONTINUANCE OF SETTLEMENT CONFERENCE AND ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the settlement conference scheduled for March 18, 2008 has been continued to **Wednesday, May 7, 2008 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: March 28, 2008

                                                                           _____
                                                                              JAMES LARSON
                                                                               Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE       1