ATKINSON, ANDELSON, LOYA, RUUD & ROMO

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CALIFORNIA 94588
(925) 227-9200

FAX (925) 227-9202
WWW.AALRR.COM

RIVERSIDE
(951) 683-1122
FAX (951) 683-1144

CERRITOS
(562) 653-3200
FAX (562) 653-3333

FRESNO
(559) 225-6700
FAX (559) 225-3416

SACRAMENTO
(916) 923-1200
FAX (916) 923-1222

SAN DIEGO
(858) 485-9526
FAX (858) 485-9412

OUR FILE NUMBER:

00525I.00176
14407Ov1

May 6, 2008

VIA FACSIMILE (415) 522-2140

**CONFIDENTIAL**

Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Keisha Hawkins v. Berkeley Unified School District
Case No. C 07-4206 EMC (JL)

*IT IS SO ORDERED*
*Judge James Larson*

Dear Judge Larson:

As you are aware, I am counsel for Berkeley Unified School District (BUSD) in the above-referenced case. I am writing to request that the Court continue the settlement conference in the above-referenced case currently scheduled for this Wednesday, May 7, 2008, at 10:00 a.m. This request is made due to the unavailability of the District and a prior scheduled special education IEP on my calendar.

Opposing counsel has agreed to the continuance being scheduled to June 17, 2008 at 10:00 a.m.

For the reasons stated in this letter, I respectfully request that the Court consider continuing the settlement conference in this matter until June 17, 2008, at 10:00 a.m.

Respectfully submitted.

ATKINSON, ANDELSON, LOYA,
RUUD & ROMO

By /s/ Diane B. Roller
Peter Sturges

PS/rb
cc: Jean Murrell Adams, Esq.
Laurette M. Garcia, Esq.   (via facsimile)