1  JEAN MURRELL ADAMS, Bar No. CA 138458
   LAURETTE M. GARCIA, Bar No. CA 242107
2  ADAMS ESQ, a Professional Corp.
   449 Fifteenth Street, Suite 101
3  Oakland, California 94612
   Telephone:  (510) 832-6000
4  Facsimile:   (510) 832-3099

5  Attorneys for Plaintiff,
   KEISHA HAWKINS
6

7           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
8

9  KEISHA HAWKINS,                    Case No.: C07-04206-EMC

10         Plaintiff,

11 v.                                  **PROOF OF SERVICE**

12 BERKELEY UNIFIED SCHOOL DISTRICT,
   and DOES 1-20
13
           Defendants.
14

15    I, the undersigned, certify that I am over 18 years of age, employed in the County of
   Alameda, State of California, and am not a party to the above-entitled cause.
16

17 On May 19, 2008, I served a copy of the following entitled document(s):

18          **Letter to Honorable Judge Edward M. Chen dated May 19, 2008
                    Re:  Request to Postpone Status Conference**

19 on the following interested party(s) in said cause:

20                      **Peter Sturges, Esq.
               Attorney for Berkeley Unified School District**
21              Atkinson, Andelson, Loya, Ruud and Romo
                Counsel for Berkeley Unified School District
22                 5776 Stoneridge Mall Road, Suite 200
                         **Fax No.: 925-227-9202**
23

24 [ X ]  **VIA FACSIMILE:** I caused such document to be transmitted via facsimile to the addressee(s) from the
          facsimile machine of ADAMS ESQ whose fax number is **(510) 832-3099**. The transmission by facsimile was
25        reported as complete and without error.

26 I certify and declare under penalty of perjury that the foregoing is true and correct.

27                                           *Micaela Maldonado* (signature)
                                             Micaela Maldonado
28

ADAMS ESQ
A Professional Corporation
449 Fifteenth Street
Suite 101
Oakland, CA 94612
510.832.6000



# ADAMS ESQ
*A PROFESSIONAL CORPORATION*

LAURETTE M. GARCIA
SPECIAL EDUCATION ATTORNEY

May 19, 2008

**E-FILED**

Honorable Judge Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Keisha Hawkins v. Berkeley Unified School District**
      **Case No. C 074206 EMC**
      **Request to Postpone Status Conference**

Dear Judge Chen:

I respectfully request that the Status Conference currently scheduled for Wednesday May 28, 2008 be postponed until after the Settlement Conference. The Settlement Conference is currently scheduled for Tuesday, June 17, 2008.

Sincerely,

ADAMS ESQ

Laurette M. Garcia Esq.

cc:   Keisha Hawkins
      Peter Sturges - Atkinson, Andelson, Loya, Ruud & Romo **Via Fax Only**