JEAN MURRELL ADAMS, Bar No. CA 138458
LAURETTE M. GARCIA, Bar No. CA 242107
ADAMS ESQ, a Professional Corp.
449 Fifteenth Street, Suite 101
Oakland, California 94612
Telephone: (510) 832-6000
Facsimile: (510) 832-3099

Attorneys for Plaintiff,
KEISHA HAWKINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-20 <br><br> Defendants. | Case No.: C07-04206-EMC <br><br> **PROOF OF SERVICE** |

I, the undersigned, certify that I am over 18 years of age, employed in the County of Alameda, State of California, and am not a party to the above-entitled cause.

On May 19, 2008, I served a copy of the following entitled document(s):

**Letter to Honorable Judge Edward M. Chen dated May 19, 2008
Re:  Request to Postpone Status Conference**

on the following interested party(s) in said cause:

**Peter Sturges, Esq.
Attorney for Berkeley Unified School District**
Atkinson, Andelson, Loya, Ruud and Romo
Counsel for Berkeley Unified School District
5776 Stoneridge Mall Road, Suite 200
**Fax No.: 925-227-9202**

[ X ]   **VIA FACSIMILE:** I caused such document to be transmitted via facsimile to the addressee(s) from the facsimile machine of ADAMS ESQ whose fax number is **(510) 832-3099**. The transmission by facsimile was reported as complete and without error.

I certify and declare under penalty of perjury that the foregoing is true and correct.

*Micaela Maldonado*
Micaela Maldonado

ADAMS ESQ
A PROFESSIONAL CORPORATION
449 FIFTEENTH STREET
SUITE 101
OAKLAND, CA 94612
510.832.6000



# ADAMS ESQ
*A Professional Corporation*

LAURETTE M. GARCIA
SPECIAL EDUCATION ATTORNEY

May 19, 2008

**E-FILED**

Honorable Judge Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    **Keisha Hawkins v. Berkeley Unified School District**
       **Case No. C 074206 EMC**
       **Request to Postpone Status Conference**

Dear Judge Chen:

I respectfully request that the Status Conference currently scheduled for Wednesday May 28, 2008 be postponed until after the Settlement Conference. The Settlement Conference is currently scheduled for Tuesday, June 17, 2008.

Sincerely,

ADAMS ESQ

/s/ Laurette M. Garcia /mm.
Laurette M. Garcia Esq.

cc:    Keisha Hawkins
       Peter Sturges - Atkinson, Andelson, Loya, Ruud & Romo **Via Fax Only**

---

IT IS SO ORDERED.  The status conference is reset from 5/28/08 to 7/2/08 AT 2:30 P.M.  A Joint Status Conference Statement shall be filed by 6/25/08.

_____
Edward M. Chen
U.S. Magistrate

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

E 101, OAKLAND, CALIFORNIA 94612
TEL: 510-832-0000 ♦ FAX: 510-832-3099
www.adamsesq.com