# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date: June 17, 2008**

**Case No.: C 07-4206 EMC   (JL)**

**Case Name:   Keisha Hawkins v. Berkeley Unified School District, et al.,**

**Counsel Present:**     **Plaintiff**: Jean Adams

**Defendant:** Peter Sturges

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced cases with the following outcome:

|  |  |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| \_\_X\_\_ | Did not settle |
|  | Further settlement conference ordered:  _____ |

**Time:**    4.0 hrs

**Comments:** Parties are working on negotiations.

*Venice E. Thomas*
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom,