## ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CALIFORNIA 94588
(925) 227-9200

FAX (925) 227-9202
WWW.AALRR.COM

RIVERSIDE
(951) 683-1122
FAX (951) 683-1144

CERRITOS
(562) 653-3200
FAX (562) 653-3333

FRESNO
(559) 225-6700
FAX (559) 225-3418

SACRAMENTO
(916) 923-1200
FAX (916) 923-1222

SAN DIEGO
(858) 485-9526
FAX (858) 485-9412

OUR FILE NUMBER:
005251.00176
147525v1

July 1, 2008

**VIA FACSIMILE (415) 522-3605**

The Honorable Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Keisha Hawkins v. Berkeley Unified School District**
Case No.: C07-CV-04206-EMC (JL)

Dear Judge Chen:

I am writing to request that the Case Management Conference in the above-referenced matter, currently set for tomorrow, July 2, 2008, at 2:30 p.m., be continued for approximately one (1) month. My office has corresponded with opposing counsel, Jean Murrell Adams of Adams Esq., by way of email, and she has indicated her consent to our request.

On June 17, 2008, the parties participated in a Settlement Conference before the Honorable James Larson. The parties settled all issues except for attorneys' fees, which the parties agreed to resolve by way of application to the court. The parties are currently involved finalizing the terms of the settlement agreement, and plaintiff is in the process of preparing her application to the court for attorneys' fees. Therefore, it appears to make sense to continue the Case Management Conference for one (1) month so that the parties can make further progress on these matters. We are requesting that the Case Management Conference be reset to August 6, 2008, or any date shortly thereafter.

Thank you for your attention to this matter. I will have my secretary telephone your court clerk later this afternoon to inquire as to your position regarding this request.

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By
Peter Sturges

PS/DBR/rb
cc: Jean Murrell Adams, Adams Esq.

IT IS SO ORDERED that the case management conference set for 7/2/08 at 2:30 p.m. is reset for 8/6/08 at 2:30 p.m. A Joint CMC statement shall be filed by 7/30/08.

_____
Edward M. Chen, U.S. Magistrate Judge