**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 6, 2008

**Case No:** C07-4206 EMC                    **FTR Time:**    2:33-2:38 p.m.

**Case Name:**  Keisha Hawkins v. Berkeley Unified School District

**Attorneys:**    Jean Adams and Laurette Garcia for Plaintiff
                  Diane Rolen for Defendant

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   - STATUS CONFERENCE (Held)

**ORDERED AFTER HEARING:**

Parties shall finalize settlement agreement and submit joint letter to court re status by 8/20/08. Plaintiff's motion for attorney's fee shall be filed by 9/24/08.  Opposition shall be filed by 10/8/08. Reply shall be filed by 10/15/08.  Hearing is set for 10/29/08 at 2:30 p.m. before Magistrate Judge Edward M. Chen.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**   10/29/08 at 2:30 p.m. Plaintiff's motion for attorney's fee.

**cc: EMC**