# CIVIL MINUTES

**Chief Magistrate Judge James Larson**

Date: September 2, 2008

Case No.: C 07-4206 EMC  (JL)

Case Name:   Keisha Hawkins v. Berkeley Unified School District, et al.,

**Counsel Present:**   **Plaintiff**: Jean Adams

**Defendant:**

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a telephone settlement conference was held in the above-referenced case with the following outcome:

|        |                                       |
|--------|---------------------------------------|
| _____ | Settle                                |
| _____ | Partial settlement                    |
|   X    | Did not settle                        |
|        | Further settlement conference ordered: _____ |

**Time:**   30 mins

**Comments:**

*Venice E. Thomas* (signature)

Venice E. Thomas,  Deputy Clerk

cc: Wings Hom