## CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date: September 3, 2008**

**Case No.: C 07-4206 EMC  (JL)**

**Case Name:   Keisha Hawkins v. Berkeley Unified School District, et al.,**

**Counsel Present:      Plaintiff**:

                        **Defendant:** Peter Sturges

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a telephone settlement conference was held in the above-referenced case with the following outcome:

|  |  |
|---|---|
| _____ | Settle |
| _____ | Partial settlement |
| __X__ | Did not settle |
|  | Further settlement conference ordered:      _____ |

**Time:**    30 mins

**Comments:**

_Venice E. Thomas_
_____
Venice E. Thomas,  Deputy Clerk

cc: Wings Hom