**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA HAWKINS, | No. C07-4206 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| BERKELEY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, et al., | |
| Counter-Claimant, | |
| v. | |
| ADAMS ESQ., et al., | |
| Counter-Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Status Conference is set for **September 17, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate

///

///

1  Avenue, San Francisco, California 94102.  An updated Joint Status Conference Statement shall be
2  filed by **September 15, 2008.**

4  Dated: September 10, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy