**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CALIFORNIA 94588
(925) 227-9200

FAX (925) 227-9202
WWW.AALRR.COM

RIVERSIDE
(951) 683-1122
FAX (951) 683-1144

CERRITOS
(562) 653-3200
FAX (562) 653-3333

FRESNO
(559) 225-6700
FAX (559) 225-3416

SACRAMENTO
(916) 923-1200
FAX (916) 923-1222

SAN DIEGO
(858) 485-9526
FAX (858) 485-9412

OUR FILE NUMBER:

005251.00176
170244v1

September 15, 2008

VIA FACSIMILE (415) 522-3605

The Honorable Edward M. Chen
United States District Court Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Keisha Hawkins v. Berkeley Unified School District
Case No.: C07-CV-04206-EMC (JL)

Dear Judge Chen:

We write to request that the Case Management Conference ("CMC") currently scheduled for September 15, 2008, be taken off calendar. The parties, through counsel, have been able to resolve the dispute regarding the terms of the settlement agreement. We are currently in the process of fully executing the settlement agreement by obtaining the signatures of the parties. Therefore, we are of the opinion that the CMC scheduled for this Wednesday is no longer necessary. The parties, through counsel, are prepared to proceed with the briefing schedule on the motion for attorney's fees set forth by this Court at the last CMC in this matter held on August 6, 2008.

Thank you for your attention to this matter.

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Peter Sturges, Counsel for Defendant

ADAMS, ESQ.

By: _____
Jean Adams, Counsel for Plaintiff

IT IS SO ORDERED that the CMC is reset from 9/17/08 to 9/24/08 at 12:30 p.m. 9/24/08 CMC will be taken off calendar once parties submit joint ltr. re signed settlement agreement or Stipulation for dismissal. Attorney's fee motion shall go forward on 10/29/08 at 10:30 a.m. instead of 2:30 p.m.

_____
Edward M. Chen, U.S. Magistrate Judge
PS/BR/rb
cc: Elaine Eger